UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOUAD YOUSSEF BEYDOUN,

                Petitioner,                No. 05-CV-74278-DT

vs.                                            Hon. Gerald E. Rosen

ALBERTO GONZALES, U.S. ATTORNEY
GENERAL, and CAROL JENFIER, DISTRICT
DIRECTOR, DEPARTMENT OF HOMELAND
SECURITY,

                Respondents.
_____/

ORDER OF DISMISSAL, WITHOUT PREJUDICE

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     November 9, 2005

        PRESENT: Honorable Gerald E. Rosen
                             United States District Judge

        This matter having come before the Court pursuant to an Order to Show Cause regarding Plaintiff Faoud Youssef Beydoun's Petition for a Writ of Habeas Corpus and Complaint for Declaratory Injunctive Relief and Emergency Motion for Temporary Restraining Order to enjoin his removal from the United States; and the Court having reviewed Plaintiff's pleadings and the Government's Response to the Order to Show Cause, and being otherwise fully advised in the premises,

        NOW, THEREFORE, for the reasons stated by the Court on the record this date, the

Court concludes that, pursuant to Section 242 of the Immigration and Nationality Act, 8 U.S.C. § 1242, as amended by Section 106(a) of the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, 119 Stat. 231, it lacks jurisdiction to consider this matter. Accordingly,

    IT IS HEREBY ORDERED that this case is DISMISSED, without prejudice.


        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:    November 15, 2005


I hereby certify that a copy of the foregoing document was served upon counsel of record on November 15, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager